IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–03177–REB–KMT

STEVE W. BLECK,

    Plaintiff,

v.

CITY OF ALAMOSA, COLORADO,
JOHN JACKSON, individually, and in his official capacity as Chief of Police of the Alamosa Police Department,
JEFF MARTINEZ, individually, and in his official capacity as a Law Enforcement Officer of the Alamosa Police Department,
B. COOPER, individually, and in his official capacity as a Law Enforcement Officer of the Alamosa Police Department,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion to Stay Case Deadlines Pending Court Ruling on Defendants' Motion for Summary Judgment and Defendants' Motion to Stay Discovery"(Doc. No. 44, filed September 12, 2011) is GRANTED in part and DENIED in part, consistent with the Order granting in part and denying in part Defendants' Motion to Stay. (Doc. No. 51.) The deadlines set forth in the Scheduling Order are extended as follows:

| | |
|---|---|
| Expert Witness Disclosures | October 21, 2011 |
| Rebuttal Expert Witness Disclosures | November 21, 2011 |
| Discovery Cutoff | December 21, 2011 |
| Dispositive Motions Deadline | January 20, 2012 |
| Final Pretrial Conference | February 9, 2012, at 9:00 a.m. |

Dated: September 28, 2011