**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 10-cv-03177-REB-KMT | FTR - Courtroom C-201 |
| **Date:** November 29, 2011 | Deputy Clerk, Bernique Abiakam |

| | |
|---|---|
| STEPHEN W. BLECK, | J. Kyle Bachus |
| Plaintiff, | |
| v. | |
| CITY OF ALAMOSA, COLORADO, et al., | Gordon L. Vaughan |
| Defendants, | |

**COURTROOM MINUTES / MINUTE ORDER**

**MOTION HEARING**

**Court in session: 10:59 a.m.**

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

Discussion regarding parties in the case.

Argument will be heard today on Doc. No. 70 addressing issues as outlined by the Court.

Preliminary rebuttal statement by Mr. Bachus.  Questions by the Court.

11:13 a.m.     Argument by Mr. Vaughan.  Questions by the Court.

11:33 a.m.     Argument by Mr. Bachus.  Questions by the Court.

11:54 a.m.     Further argument by Mr. Vaughan.  Questions by the Court.

12:05 p.m.     Comments and rulings by the Court.

*10-cv-03177-REB-KMT*
*Motion Hearing*
*November 29, 2011*

**It is ORDERED:**     **Motion For Independent Medical Examinations Pursuant To F.R.C.P. 35 And For Expedited Ruling (Filed 11/17/11; Doc. No. 70) is GRANTED in PART, as specified. The scheduled examinations of Plaintiff by a psychiatrist and an orthopedist will go forward.**

**It is ORDERED:**     **Reasonable travel costs for the Plaintiff to appear in Lakewood and in Colorado Springs to attend the medical examinations will be borne equally by Plaintiff and Defendants.**

Discussion regarding trial date, previous rulings, motion to stay, and motion for protective order.

Discussion regarding proposed changes to current deadlines and hearings.

**It is ORDERED:**     **The Discovery Deadline set for January 3, 2012 is VACATED and RESET to January 20, 2012.**

**It is ORDERED:**     **The Final Pretrial Conference set for February 9, 2012 at 9:00 a.m. is VACATED and RESET to March 1, 2012 at 10:30 a.m.**

The Court advises counsel to properly follow procedures of Judge Blackburn regarding exhibits and trial.

Discussion regarding settlement conference and changes to the local rules.

Discussion regard Doc. No. 87.

**It is ORDERED:**     **Defendants Oral Motion To WITHDRAW Doc. No. 87 is GRANTED WITHOUT PREJUDICE, to be reconsidered if a similar motion is filed at a later date.**

**It is ORDERED:**     **The Motion Hearing set for January 11, 2012 at 9:00 a.m. is VACATED.**

**Court in Recess: 12:51 p.m.**
Hearing concluded.
Total In-Court Time: 1 hour, 52 minutes.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.