**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-03177-REB-KMT

STEVE W. BLECK,

    Plaintiff,

v.

CITY OF ALAMOSA, COLORADO,
JOHN JACKSON, individually, and in his official capacity as Chief of Police of the Alamosa Police Department,
JEFF MARTINEZ, individually, and in his official capacity as a Law Enforcement Officer of the Alamosa Police Department, and
B. COOPER, individually, and in his official capacity as a Law Enforcement Officer of the Alamosa Police Department,

    Defendants.

**ORDER OF DISMISSAL AS TO
DEFENDANTS B. COOPER AND JOHN JACKSON, ONLY**

**Blackburn, J.**

    The matter is before me on the **Stipulated Motion For Partial Dismissal** [#108][1] filed December 13, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendants, John Jackson and B. Cooper, should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion For Partial Dismissal** [#108] filed December 13, 2011, is **GRANTED**;

    2. That plaintiff's claims against defendants, John Jackson and B. Cooper, are

---

[1] "[#108]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**DISMISSED**; and

      3.  That defendants, John Jackson and B. Cooper, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

      Dated December 14, 2011, at Denver, Colorado.

      **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge