**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 10-cv-03177-REB-KMT | FTR - Courtroom C-201 |
| **Date:** January 9, 2012 | Deputy Clerk, Nick Richards |
| | |
| STEVE W. BLECK, | Maaren Linnea Johnson |
|        Plaintiff, | |
| v. | |
| CITY OF ALAMOSA, COLORADO, JEFF MARTINEZ, individually, and in his official capacity as a Law Enforcement Officer of the Alamosa Police Department, | Jessica Kyle Muzzio |
|        Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 10:30 a.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Defendants Motion for Protective Order to Quash Subpoenas Duces Tecum Served on Defendants' Expert Witnesses [Doc. No. 104, filed December 7, 2011].

It is **ORDERED**:   Defendants Motion for Protective Order [104] is **GRANTED**. Requests No. 10 and 12 ARE STRICKEN from the subpoenas duces tecum served upon Dr. Enoka and Steve Ijames and any other notice of deposition submitted to a defense expert that contains the same requests.  The defense experts will not be required to produce the documents requested in requests 10 and 12.

**Court in Recess: 10:44 a.m.**
Hearing concluded.
Total In-Court Time    00:14

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.