**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-03177-REB-KMT

STEVE W. BLECK,

    Plaintiff,

v.

CITY OF ALAMOSA, COLORADO, and
JEFF MARTINEZ, individually, and in his official capacity as a Law Enforcement Officer of the Alamosa Police Department,

    Defendants.

---

### MINUTE ORDER[1]

---

    The following matters are before the court for consideration: (1) defendants' **Motion To File Supplemental Argument For Summary Judgment** [#126][2] filed January 10, 2012; and (2) **Plaintiff's Motion For Leave To File a Supplement To Plaintiff's Response (Doc. No 47) To August 15, 2011 Defendants' Motion For Judgment on The Pleadings and For Summary Judgment (Doc. No. 38)** [#129] filed January 20, 2012. After reviewing the motions and the file, the court has concluded that the motions should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That defendants' **Motion To File Supplemental Argument For Summary Judgment** [#126] filed January 10, 2012, is **GRANTED**;

    2. That defendants' **Supplemental Argument To Motion For Summary Judgment** [#126-1] is accepted for filing;

    3. That **Plaintiff's Motion For Leave To File a Supplement To Plaintiff's Response (Doc. No 47) To August 15, 2011 Defendants' Motion For Judgment on The Pleadings and For Summary Judgment (Doc. No. 38)** [#129] filed January 20, 2012, is **GRANTED**; and

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#126]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

      4.  That **Plaintiff's Supplement To Plaintiff's Response (Doc. No. 47) To August 15, 2011 Defendants' Motion For Judgment on The Pleadings and For Summary Judgment (Doc No. 38)** [#129-1] and the exhibits attached thereto, are accepted for filing.

    Dated:  January 31, 2012