## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 10-cv-03177-REB-KMT | FTR - Courtroom C-201 |
| **Date:** March 1, 2012 | Deputy Clerk, Nick Richards |
| STEVE W. BLECK, | Jere Kyle Bachus |
| | Maaren Linnea Johnson |
| Plaintiff, | |
| v. | |
| CITY OF ALAMOSA, COLORADO, | Gordon Lamar Vaughan |
| JEFF MARTINEZ, individually, and in his official | Jessica Kyle Muzzio |
| capacity as a Law Enforcement Officer of the | |
| Alamosa Police Department, | |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 1:31 p.m.**
Court calls case.  Appearances of counsel.

Motion Hearing called regarding Defendant's Motion to Strike Plaintiff's Retained Expert Witness Henderson [Doc. No. 117, filed January 3, 2012], Motion to Compel and Motion for Determination on Insufficiency of Answers or Objections to Requests for Admissions [Doc. No. 136, filed January 27, 2012], Plaintiff's Motion to Strike Disclosures, Opinions, Testimony and Report Dates January 12, 2012 of Defendants' Expert Major Steve Ijames [Doc. No. 155, filed February 16, 2012], Plaintiff's Motion to Strike Defendants' Rebuttal Experts Keith Caddy and Rick Dyer [Doc. No. 166, filed February 22, 2012].

The Court will also hold a Final Pretrial Conference in this matter at this time.

Oral argument from defendant.
Oral argument from plaintiff.

It is **ORDERED**:       Defendant's Motion to Strike [117] is **GRANTED IN PART** and
**DENIED IN PART**.  The report of Dr. Shirley Henderson will be
**STRICKEN** and Dr. Henderson shall not be allowed to present
expert testimony at trial. The motion is **DENIED** in so far as the CT-
Scans of plaintiff will not be suppressed and may be admitted into

evidence at trial subject to normal evidentiary procedure.  Further, the motion is **DENIED** insofar as it seeks preclusion of Plaintiff to inquire about the failure of Defendants' experts to perform CT scans or any other test or procedure.

The court notes plaintiff's statement regarding the filing of a motion to extend the rebuttal deadline.

Defense counsel informs the court that Requests for Production Nos. 1, 2, 3, and 4 in Defendant's Motion to Compel [136] are withdrawn.

Oral argument from defendant.
Oral argument from plaintiff.

**Court in recess: 4:07 p.m.**
**Court in session: 4:22 p.m.**

It is **ORDERED**:          Defendant's Motion to Compel [136] is **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** as to Requests for Admission Nos. 11, 15, 17, and 20.  Plaintiff shall respond to Request No. 11 with the understanding "diagnosed psychological or psychiatric condition" will be defined by a statement or opinion from medical personnel.  Plaintiff shall respond to Request No. 15 in the context of how counsel defines medical expenses as discussed on the record.

Plaintiff shall respond to all requests on or before March 8, 2012.

The motion is **DENIED** as to Interrogatory No. 1, Requests for Production Nos. 5 and 7, and Requests for Admission Nos. 13 and 22.

Discussion and review of the Proposed Final Pretrial Order.

The parties shall provide amendments to the Proposed Final Pretrial Order as discussed on the record on or before March 2, 2012. Once the court has received amendments from both parties, the Final Pretrial Order will be signed and entered.

Oral argument from plaintiff.
Oral argument from defendant.

It is **ORDERED**:          Plaintiff's Motion to Strike Disclosures, Opinions, Testimony and Report Dates January 12, 2012 of Defendants' Expert Major Steve Ijames [155] and Plaintiff's Motion to Strike Defendants' Rebuttal

Experts Keith Caddy and Rick Dyer [166] are **TAKEN UNDER ADVISEMENT**.

**Court in recess: 6:23 p.m.**
Hearing concluded.
Total In-Court Time    04:37

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.