**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-03177-REB-KMT

STEVE W. BLECK,

    Plaintiff,

v.

CITY OF ALAMOSA, COLORADO, and
JEFF MARTINEZ, individually, and in his official capacity as a Law Enforcement Officer of the Alamosa Police Department,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the recommendation to continue the trial in this matter contained in the **Order and Recommendation of United States Magistrate Judge** [#188][1] filed March 5, 2012. Having been advised that the parties have no objection to the recommendation (*see* **Stipulated Notice of No Objection to Magistrate's Recommendation To Vacate Trial Date** [#191] filed March 7, 2012), I review it only for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

---

[1] "[#188]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order and Recommendation of United States Magistrate Judge** [#188] filed March 5, 2012, is **APPROVED AND ADOPTED** as an order of this court;

2. That the trial, currently scheduled to commence on April 2, 2012, at 8:30 a.m., is **VACATED** and **CONTINUED** pending further order of the court; and

3. That the Trial Preparation Conference and trial **SHALL BE RESET** during a telephonic setting conference on **April 10, 2012**, at **10:00 a.m.** (MDT); provided, furthermore, that counsel for plaintiff **SHALL ARRANGE** and **COORDINATE** the conference call necessary to facilitate the setting conference.

Dated March 7, 2012, at Denver, Colorado.

                                                **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge