**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-03177-REB-KMT

THE ESTATE OF STEVEN WAYNE BLECK, by Joanna Churchill, Personal Representative for Steven Bleck, deceased,

    Plaintiff,

v.

CITY OF ALAMOSA, COLORADO,

    Defendant.

**FINAL JUDGMENT**

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order of Judge Robert E. Blackburn [#233] entered on May 12, 2015 it is ordered

    1.  That judgment **IS ENTERED** on behalf of defendant, The City of Alamosa, Colorado, and against plaintiff, The Estate of Steven Wayne Bleck, by Joanna Churchill, Personal Representative for Steven Wayne Bleck, deceased, on plaintiff's sole remaining cause of action against the City for failure to train;

    2.  That the City is **AWARDED** its costs, to be taxed by the clerk of the court in the time and manner prescribed in Fed. R. Civ. P. 54(d) and D.C.COLO.LCivR 54.1; and

    3.  That this case is closed.

Dated:  May 13, 2015

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/ Kathleen Finney
Kathleen Finney
Deputy Clerk